

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Steven Wayne Bonilla

Plaintiff,

V.

Judge Cathy Ann Bencivengo; Judge Karen S. Crawford

Defendant.

Civil Action No.   20-cv-00937-BAS-LL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this case based on Plaintiff's failure to pay the civil filing fee required by 28 U.S.C. Section 1914(a); and CERTIFIES that an IFP appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. Section 1915(a)(3); and DIRECTS the Clerk of the Court to close the file.

**Date:**   6/19/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler

M. Exler, Deputy